COLONIAL AMUSEMENT CO. OF PHILA-DELPHIA v. COMMISSIONER OF INTERNAL REVENUE.
No. 9843.

United States Court of Appeals, Third Circuit.

Argued Feb. 24, 1949.

Decided March 1, 1949.

Llewellyn A. Luce, of Washington, D. C., for petitioner.

Irving I. Axelrad, Special Asst. to Atty. Gen. (Theron Lamar Caudle, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., on the brief), for respondent.

Before MARIS, WALLER, and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

The petitioner in this case asks us to review the determination by the Tax Court of a question arising solely under Section 711 (b) (1) (J) (ii) and Section 711 (b) (1) (K) of the Internal Revenue Code; 26 U.S. C.A. § 711 (b) (1) (J) (ii), (K). The respondent moves to dismiss the petition for review, relying upon Section 732 (c) of the

Code, 26 U.S.C.A. § 732 (c), which provides that the determination of such a question "shall not be reviewed or redetermined by any court or agency except the Board." The motion must be granted. See James F. Waters, Inc. v. Commissioner of Internal Revenue, 9 Cir., 1947, 160 F.2d 596.

The petition for review will accordingly be dismissed.